UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In re: | ) | |
|---|---|---|
| CASSANDRA TATE and | ) | Case No. 14-34334-mdm |
| CLAUDE E. DANIELS, | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | |

**NOTICE AND REQUEST TO MODIFY CHAPTER 13 PLAN**

Cassandra Tate and Claude Daniels have filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to modify the plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

> Clerk of Bankruptcy Court
> 517 E. Wisconsin Avenue, Room 126
> Milwaukee, WI 53202-4581

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also mail a copy to:

> Nathan E. DeLadurantey
> DeLadurantey Law Office, LLC
> 735 W. Wisconsin Avenue, Suite 720
> Milwaukee, WI 53233

If you or your attorney does not take these steps, the court may decide that you do not oppose the request and may enter an order modifying the Plan.

1

## REQUEST TO MODIFY CHAPTER 13 PLAN

1. The Proponent of this modification is:

    A. __X__ the Debtor;

    B. _____ the Chapter 13 Trustee (post-confirmation modifications only);

    C. _____ the holder of an unsecured claim (post-confirmation only).

2. This is a request to modify a Chapter 13 Plan (Select A. or B.):

    A. _____ post-confirmation;

    B. __X__ pre-confirmation (Select i. or ii.);

    i. _____ Debtor(s)/Debtor(s) attorney certifies that the proposed modification does not materially adversely affect creditors (LBR 3015(b)); or

    ii. __X__ Debtor(s)/Debtor(s) attorney certifies that the proposed modification materially adversely affects only the following creditors and a copy of the proposed modification has been served on them (Local Bankruptcy Rule 3015(b)). The creditors affected are: <u>all creditors.</u>

3. The Proponent wishes to modify the Chapter 13 Plan to do the following: Clarify treatment of claim #20, claim #12 secured claims; surrender 1998 Dodge Intrepid.

4. The reason(s) for the modification is/are: Clarity.

5. Select A. or B.

    A. _____ The Chapter 13 Plan confirmed or last modified on _ is modified as follows:

    B. __X__ The unconfirmed Chapter 13 Plan dated November 26, 2014, is modified as follows:

**5. Priority Claims.**

**(A). Domestic Support Obligations (DSO).**

| (a) DSO Creditor Name and Address | (b) Estimated Arrearage Claim | (c) Total Paid Through Plan |
|---|---|---|
| **WI Department of Children and Families 507(a)(1)(B)** | $17,550.17 | So long as the debtor applies all of the projected disposable income to make payments under the plan, this DSO need not be paid in full. Any portion of the DSO not paid by the plan is nondischargeable. The DSO is entitled to priority treatment under § 507(a)(1)(B) and shall be paid in full before general unsecured creditors are paid. |

2

**6(B)(ii)(a).  Secured Claims – Full Payment of Debt Required**

| (a) Creditor | (b) Collateral | (c) Purchase Date | (d) Claim Amount | (e) Interest Rate | (f) Estimated Monthly Payment | (g) Estimated Total Paid Through Plan |
|---|---|---|---|---|---|---|
| Chrysler Capital | 2013 Dodge Avenger | 7/2013 | $19,843.00 | %5.00 | %pro-rata | $21,830.05 |
| Get It Now | Washer and Dryer purchased from Get it Now | 9/2014 | $2,467.00 | %4.25 | %pro-rata | $2,675.12 |
| **Get it Now** | **Television** | **2/2014** | **$2,404.00** | **%4.25** | **%pro-rata** | **$2,673.00** |

**6(A)(ii)(b).  Secured Claims – Replacement Value**

| (a) Creditor | (b) Collateral | (c) Purchase Date | (d) Replacement Value/Debt | (e) Interest Rate | (f) Estimated Monthly Payment | (g) Estimated Total Paid Through Plan |
|---|---|---|---|---|---|---|
| Get It Now | Couch, Loveseat and Chair | 3/2014 | Value $1,500 Debt: $2,347 | %4.25 | %pro-rata | $1,626.57 |
| Get It Now | Two acer laptops | 11/18/2013 | Value: $600 Debt: $1,431 | %4.25 | %pro-rata | $650.60 |

**6(C).  Surrender of Collateral.** This Plan shall serve as notice to creditor(s) of Debtor's intent to surrender the following collateral. Any secured claim filed by a secured lien holder whose collateral is surrendered at or before confirmation will have their secured claim treated as satisfied in full by the surrender of the collateral.

| (a) Creditor | (b) Collateral to be surrendered |
|---|---|
| Get It Now | xbox |
| **WI Auto Title Loans** | **1998 Dodge Intrepid** |

**7.     Unsecured Claims**

**Creditors with allowed general unsecured claims shall receive not less than $0.00 or 0%.**

3

All remaining terms and provisions of the Plan are unaffected unless specifically addressed herein. In the event of a conflict between the original Plan and the modification set forth above, the latter shall supersede and control.

6. **BY SIGNING BELOW THE PROPONENT OF THE MODIFICATION CERTIFIES THAT, AFTER REVIEW OF THE MODIFICATION AND ALL OTHER TERMS AND PROVISIONS OF THE PLAN, THOSE REMAINING TERMS AND PROVISIONS OF THE PLAN ARE CONSISTENT WITH THE PROPOSED MODIFICATIONS.**

**CERTIFICATION**

I, Nathan E. DeLadurantey, attorney for debtors, Cassandra Tate and Claude Daniels, certify that I have reviewed the modification proposed above with the debtors, and that the debtors have authorized me to file it with the court.

| /s/ Nathan E. DeLadurantey | April 2, 2015 |
|---|---|
| Counsel for the debtors | Date |

WHEREFORE, the Proponent requests that the court approve the modification to the Chapter 13 Plan as stated herein.

Dated: <u>April 2, 2015</u>.

DeLadurantey Law Office, LLC
Attorneys for Debtor

/s/
By: Nathan E. DeLadurantey
State Bar No. 1063937

Drafted by:
Daniel T. Beasley
SBN 1092029
735 W Wisconsin Ave., Suite 720
Milwaukee, WI  53233
(414) 377-0515; Fax (414) 755-0860
dan@dela-law.com

A copy of the foregoing filed electronically on April 2, 2015 with:


Clerk, U.S. Bankruptcy Court
517 East Wisconsin Avenue
Milwaukee, WI 53202


Copies of the foregoing mailed or sent electronically if the party named accepts electronic service on April 2, 2015 to:

Office of the U.S. Trustee
517 East Wisconsin Avenue, #430
Milwaukee, WI 53202

Mary B. Grossman
PO Box 510920
Milwaukee, WI 53203

See attached creditor matrix

/s/Daniel T. Beasley
(Electronically filed by)