THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: June 23, 2015





Margaret Dee McGarity
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

IN RE:   Cassandra Tate,                                Case No. 14–34334–mdm
                        Debtor.                         Chapter 13

### ORDER CONFIRMING MODIFIED PLAN

The Debtor's modified plan was filed on 04/23/2015. The plan was transmitted to those creditors required by Federal Rule of Bankruptcy Procedure 3015, Local Rule 3015, or Order of the Court, and no objections were filed. Upon review of the plan and the entire file in this case, the Court finds that the plan meets the requirements of 11 U.S.C. §1325.

IT IS ORDERED THAT:

The Debtor's chapter 13 plan is confirmed. This order gives effect to all of the plan's terms. The following is only a partial summary of those terms.

1. Payments of $475.00 bi–weekly for 60 months.

2. The effective date of the plan is 6/22/2015.

3. The plan projects 0% on unsecured claims [plus any additional disposable income required to be paid into the plan.]

4. The Debtor must provide copies of state and federal income tax returns to the trustee each year by April 30th of the year in which the return is due, and shall comply with any requirements of the plan regarding tax refunds.

5. The Debtor shall not borrow money, incur credit or sell or transfer property of the estate without the express written consent of the trustee or an order of this court.

6. If the Debtor is engaged in business, the Debtor shall provide periodic financial statements to the trustee.

7. Unless the court otherwise orders, all creditors with claims entitled to priority under 11 U.S.C. §507 shall be paid, in deferred cash payments, the full amount of the portion of their claim that is entitled to that priority.

8. Secured claim of Get it Now, LLC to be satisfied by the surrender of the xBox. Secured claim of Wisconsin Title Loans to be satisfied by the surrender of the 1998 Dodge Intrepid. Section 507(a)(1)(B) claims may not be paid in full according to the terms of the plan. If the § 507(a)(1)(B) claims are not paid in full the plan must last 60 months as required by § 322(a)(4).

#####