UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In the Matter of:                                                     Chapter 13
CASSANDRA TATE                                Case No.   14-34334-BEH

     Debtor
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Mary B. Grossman, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

**<u>Your rights may be affected.</u>**   **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**   **(If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable Beth E. Hanan, United States Bankruptcy Judge, on **March 29, 2016 at 9:00**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-808-6929, access code 9122579 before the scheduled hearing time.**   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

     Dated at Milwaukee, Wisconsin, on March 4, 2016.


                                          /s/_____
                                          Mary B. Grossman, Trustee
                                          Robert W. Stack, Staff Attorney
                                          Christopher D. Schimke, Staff Attorney
                                          Sandra M. Baner, Staff Attorney
                                          Chapter 13 Standing Trustee
                                          P.O. Box 510920
                                          Milwaukee, Wisconsin 53203
                                          T:  (414) 271-3943
                                          F:  (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
CASSANDRA TATE                                    Chapter 13 Bankruptcy
        Debtor                                 Case No. 14-34334-BEH

---

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN AND NOTICE OF TRUSTEE'S OBJECTION TO CONFIRMATION**

---

Mary B. Grossman, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed plan filed by the Debtor.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

The Trustee, Mary B. Grossman, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

    The proposed plan is not substantiated by a budget.

    Failure to properly serve post-confirmation plan modification as required by Rule 3015(g).

The Trustee respectfully requests that a hearing be set in this matter.

    Dated at Milwaukee, Wisconsin, on March 4, 2016

                                  OFFICE OF CHAPTER 13 TRUSTEE

                                  /s/_____
                                  Mary B. Grossman, Chapter 13 Trustee
                                  Robert W. Stack, Staff Attorney
                                  Christopher D. Schimke, Staff Attorney
                                  Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASURE DISTRICT OF WISCONSIN

---

In the Matter of:

CASSANDRA TATE

Chapter 13 Bankruptcy
Case No. 14-34334-BEH

Debtor

---

### CERTIFICATE OF SERVICE
---

    I hereby certify that on March 4, 2016, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN** and **NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

        OFFICE OF THE U.S. TRUSTEE
        NICKOLAI & POLETTI, LLC

    I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

        CASSANDRA TATE
        5084 N 56TH
        MILWAUKEE, WI 53218

Dated: March 4, 2016

/s/_____
Tongula Washington
Administrative Assistant
Office of the Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344